FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 18-355 (BAH) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) ) | |
| Defendant. | ) ) | |

## SETTLEMENT AGREEMENT AND RELEASE

Defendant United States Department of Justice, by and through its counsel, and Plaintiff American Oversight (together with the Defendant, the "Parties"), enter into this Settlement Agreement and Release (the "Agreement") as follows:

1. The parties do hereby agree to settle and compromise the above captioned matter under the terms and conditions set forth herein.

2. Defendant shall pay Plaintiff a lump sum of Two Thousand Two Hundred Fifty Dollars ($2,250) in attorneys' fees and costs in this matter.

3. Payment of such attorneys' fees and costs will be made payable to Plaintiff by an electronic transfer of funds to a bank account specified by Plaintiff. Upon execution of this Agreement, Plaintiff will promptly cause the documentation necessary to effectuate this payment to be completed and transmitted.

4. Plaintiff agrees to forever discharge, release, and withdraw any claims arising out of the Freedom of Information Act request that gave rise to the Complaint in this case. Defendant agrees not to seek any fees from Plaintiff in connection with its response to the Freedom of

Information Act request that gave rise to the Complaint in this case.

5. This Agreement shall represent full and complete satisfaction and a release of all claims arising from the allegations set forth in the Complaint filed in this action, including full and complete satisfaction of all claims for costs, attorneys' fees, search, review, or processing fees that have been, or could be, made in this case. In particular, this Agreement shall include all claims for attorneys' fees and costs, as well as search, review, and processing fees incurred by either Party in connection with the administrative Freedom of Information Act process, the District Court litigation process, and any other proceedings involving the claims raised in this action.

6. This Agreement shall not constitute an admission of liability or fault on the part of the Defendant or the United States or their agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

7. This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

8. The parties agree that this Agreement will not be used as evidence or otherwise in any pending or future civil or administrative action against Defendant or the United States, or any agency or instrumentality of the United States. The exception is that this Agreement may be used as evidence to enforce this Agreement.

9. The parties agree that this Agreement, including all its terms and conditions and any additional agreements relating thereto, may be made public in their entirety, and Plaintiff expressly consents to such release and disclosure pursuant to 5 U.S.C. § 552.

10. Concurrent with the execution of this Agreement, Plaintiff will seek the dismissal of this case with prejudice under Federal Rule of Civil Procedure 41(a) by filing the attached

Stipulation of Dismissal with Prejudice.

11. This Agreement may be executed in counterparts as if executed by both parties on the same document.

12. If any paragraph or portion of this Agreement is determined to be unenforceable, the remainder of this Agreement shall remain in full force and effect.

Dated: February 4, 2020　　　　　　　　　　　　Respectfully submitted,

*/s/ Emma Lewis*　　　　　　　　　　　　　　TIMOTHY J. SHEA  
Emma Lewis　　　　　　　　　　　　　　　　D.C. Bar No. 437437  
D.C. Bar No. 144574　　　　　　　　　　　　United States Attorney  
AMERICAN OVERSIGHT  
1030 15th Street NW, B255　　　　　　　　　DANIEL F. VAN HORN  
Washington, DC 20005　　　　　　　　　　　D.C. Bar No. 924092  
(202) 919-6303　　　　　　　　　　　　　　　Chief, Civil Division  
emma.lewis@americanoversight.org  
　　　　　　　　　　　　　　　　　　　　　　　/s/ Michelle D. Jackson  
*Counsel for Plaintiff*　　　　　　　　　　　MICHELLE D. JACKSON  
　　　　　　　　　　　　　　　　　　　　　D.C. BAR # 451914  
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney  
　　　　　　　　　　　　　　　　　　　　　District of Columbia  
　　　　　　　　　　　　　　　　　　　　　555 Fourth St., N.W.  
　　　　　　　　　　　　　　　　　　　　　Washington, DC  20530  
　　　　　　　　　　　　　　　　　　　　　Phone: (202) 252-7230  
　　　　　　　　　　　　　　　　　　　　　Michelle D.Jackson@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*